IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCHMOLZ+BICKENBACH USA, Inc., *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| BRIAN DAUBLE, *et al.*, | : | |
| Defendants. | : | No. 09-5771 |

**O R D E R**

**AND NOW**, this 28th day of January, 2011, it is hereby **ORDERED** that the Plaintiffs' Motion to Dismiss the Counterclaims (Docket No. 16) and Motion to Dismiss the Counterclaims of Christopher Zimmer (Docket No. 20) are **GRANTED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE